B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

District of Massachusetts

In re  Paul Andrew Fitzpatrick                        ,                    Case No.  18-14529

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

U.S. Bank Trust National Association, as Trustee of the Bungalow Series IV Trust
Name of Transferee

U.S. Bank Trust National Association, as Trustee for Igloo Series IV Trust
Name of Transferor

Name and Address where notices to transferee should be sent:
c/o SN Servicing Corporation
323 Fifth Street
Eureka, CA 95501

Phone:  800.603.0836
Last Four Digits of Acct #:  1392

Court Claim # (if known):  2-1
Amount of Claim:  $330,671.22
Date Claim Filed:  01/29/2019

Phone: _____
Last Four Digits of Acct. #:  1392

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ [signature]                                         Date:  5/5/21
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.