**Fill in this information to identify the case:**

Debtor 1  Paul Andrew Fitzpatrick

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: Eastern District of Massachusetts

Case number  18-14529-JEB

Official Form 410S1

# Notice of Mortgage Payment Change    12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

Name of creditor: U.S. Bank Trust, et al

Court claim no. (if known): 2-1

Last 4 digits of any number you use to identify the debtor's account:  1 3 9 2

Date of payment change:
Must be at least 21 days after date of this notice   05/01/2020

New total payment:  $ 2,301.17
Principal, interest, and escrow, if any

## Part 1:  Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?

   ☐ No
   
   ☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment:  $ 719.05     New escrow payment:  $ 655.91

## Part 2:  Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?

   ☑ No
   
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate:  _____%      New interest rate:  _____%
   
   Current principal and interest payment: $ _____    New principal and interest payment: $ _____

## Part 3:  Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?

   ☑ No
   
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____
   
   Current mortgage payment: $ _____    New mortgage payment: $ _____

Official Form 410S1    Notice of Mortgage Payment Change    page 1

Debtor 1 **Paul Andrew Fitzpatrick**
First Name    Middle Name    Last Name

Case number (*if known*) 18-14529-JEB

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's attorney or authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✘ /s/ Derek A. Castello
Signature

Date 03/19/2020

Print: Derek A. Castello, Esq. (BBO#690007)
First Name    Middle Name    Last Name

Title Attorney

Company: Demerle Hoeger LLP

Address: 10 City Square, 4th Floor
Number    Street

Boston    MA    02129
City    State    ZIP Code

Contact phone (617) 337-4444

Email Bankruptcy@DHNewEngland.com

**EXHIBIT A**

SN Servicing Corporation  Final
323 FIFTH STREET
EUREKA, CA  95501
For Inquiries:  (800) 603-0836
Main Office- NMLS ID #5985, Branch Office- NMLS ID #9785

Analysis Date:   March 18, 2020

PAUL FITZPATRICK  Loan:
KIMBERLY FITZPATRICK
82 PARADISE RD
SWAMPSCOTT MA  01907

Property Address:
82 PARADISE ROAD
SWAMPSCOTT, MA  01907

## Annual Escrow Account Disclosure Statement
### Account History

This is a statement of actual activity in your escrow account from Jan 2020 to Apr 2020.  Last year's anticipated activity (payments to and from your escrow account) is next to the actual activity.

| Payment Information | Current: | Effective May 01, 2020: |
|---|---|---|
| Principal & Interest Pmt: | 1,645.26 | 1,645.26 |
| Escrow Payment: | 719.05 | 655.91 |
| Other Funds Payment: | 0.00 | 0.00 |
| Assistance Payment (-): | 0.00 | 0.00 |
| Reserve Acct Payment: | 0.00 | 0.00 |
| Total Payment: | $2,364.31 | $2,301.17 |

| Escrow Balance Calculation | |
|---|---|
| Due Date: | Oct 01, 2018 |
| Escrow Balance: | (11,209.05) |
| Anticipated Pmts to Escrow: | 13,661.95 |
| Anticipated Pmts from Escrow (-): | 0.00 |
| Anticipated Escrow Balance: | $2,452.90 |

| Date | Payments to Escrow Anticipated | Payments to Escrow Actual | Payments From Escrow Anticipated | Payments From Escrow Actual | Description | Escrow Balance Required | Escrow Balance Actual |
|---|---|---|---|---|---|---|---|
| | | | | | Starting Balance | 0.00 | (15,761.39) |
| Jan 2020 | | 787.05 | | * | | 0.00 | (14,974.34) |
| Jan 2020 | | | | 1,878.74 | * City/Town Tax | 0.00 | (16,853.08) |
| Feb 2020 | | 4,722.30 | | * | | 0.00 | (12,130.78) |
| Feb 2020 | | 134.68 | | | * Escrow Only Payment | 0.00 | (11,996.10) |
| Mar 2020 | | 787.05 | | | * | 0.00 | (11,209.05) |
| | | | | | Anticipated Transactions | 0.00 | (11,209.05) |
| Mar 2020 | | 12,942.90 | | | | | 1,733.85 |
| Apr 2020 | | 719.05 | | | | | 2,452.90 |
| | $0.00 | $20,093.03 | $0.00 | $1,878.74 | | | |

An asterisk (*) indicates a difference from a previous estimate either in the date or the amount.  If you want a further explanation, please call our toll-free number.


Last year, we  anticipated that payments from your account would be made during this period equaling 0.00.  Under Federal law, your lowest monthly balance should not have exceeded 0.00 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount.  Your mortgage contract and State law are silent on this issue.

SN Servicing Corporation  Final
For Inquiries:  (800) 603-0836
Main Office- NMLS ID #5985, Branch Office- NMLS ID #9785

Analysis Date:   March 18, 2020

PAUL FITZPATRICK                                                                                           Loan:

## Annual Escrow Account Disclosure Statement
## Projections for Coming Year

This is an estimate of activity in your escrow account during the coming year based on payments anticipated to be made to and from your account.

| Date | Anticipated Payments To Escrow | Anticipated Payments From Escrow | Description | Escrow Balance Anticipated | Escrow Balance Required |
|---|---|---|---|---|---|
|  |  |  | Starting Balance | 2,452.90 | 3,697.60 |
| May 2020 | 655.91 | 1,374.21 | City/Town Tax | 1,734.60 | 2,979.30 |
| Jun 2020 | 655.91 |  |  | 2,390.51 | 3,635.21 |
| Jul 2020 | 655.91 | 2,148.00 | Homeowners Policy | 898.42 | 2,143.12 |
| Aug 2020 | 655.91 | 1,487.22 | City/Town Tax | 67.11 | 1,311.81 |
| Sep 2020 | 655.91 |  |  | 723.02 | 1,967.72 |
| Oct 2020 | 655.91 |  |  | 1,378.93 | 2,623.63 |
| Nov 2020 | 655.91 | 1,487.22 | City/Town Tax | 547.62 | 1,792.32 |
| Dec 2020 | 655.91 |  |  | 1,203.53 | 2,448.23 |
| Jan 2021 | 655.91 |  |  | 1,859.44 | 3,104.14 |
| Feb 2021 | 655.91 | 1,374.21 | City/Town Tax | 1,141.14 | 2,385.84 |
| Mar 2021 | 655.91 |  |  | 1,797.05 | 3,041.75 |
| Apr 2021 | 655.91 |  |  | 2,452.96 | 3,697.66 |
|  | $7,870.92 | $7,870.86 |  |  |  |

(Please keep this statement for comparison with the actual activity in your account at the end of the escrow accounting computation year.)

Your escrow balance contains a cushion of 1,311.81.  A cushion is an additional amount of funds held in your escrow balance to prevent the balance from becoming overdrawn when an increase in the disbursement amount occurs.  Under Federal law, your lowest monthly balance should not exceed 1,311.81 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount.  Your mortgage contract and State law are silent on this issue.

Your ending balance from the last month of the account history (escrow balance anticipated) is 2,452.90.  Your starting balance (escrow balance required) according to this analysis should be $3,697.60.  This means you have a shortage of 1,244.70.  This shortage may be collected from you over a period of 12 months or more unless the shortage is less than 1 month's deposit, in which case we have the additional option of requesting payment within 30 days.  We have decided to do nothing.

We anticipate the total of your coming year bills to be 7,870.86.  We divide that amount by the number of payments expected during the coming year to obtain your escrow payment.

| New Escrow Payment Calculation | |
|---|---|
| Unadjusted Escrow Payment | 655.91 |
| Surplus Amount: | 0.00 |
| Shortage Amount: | 0.00 |
| Rounding Adjustment Amount: | 0.00 |
| Escrow Payment: | $655.91 |

NOTICE OF RIGHT TO CANCEL PRIVATE MORTGAGE INSURANCE: If you currently pay private mortgage insurance premiums, you may have the right to cancel the insurance. In most cases, you have the right to cancel private mortgage insurance if the principal balance of your loan is 80 percent or less of the current fair market appraised value of your home, and you have a good payment history on your loan. If you want to learn whether you are eligible to cancel this insurance, please contact us at 323 Fifth Street, Eureka, Ca 95501 or 800-603-0836.

**\* Please note if you have autopay/EFT set up on your loan, it is your responsibility to make sure your payment amount is updated.  Enclosed is the EFT form that needs to be completed. Once completed, please fax to the number listed on the EFT form or return in the self-addressed envelope.**

Page 3

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| In re: <br><br> PAUL ANDREW FITZPATRICK, <br><br> Debtor(s). | Chapter 13 <br> Case No. 18-14529-JEB |
|---|---|

**CERTIFICATE OF SERVICE**

I, Derek A. Castello, Esq. of the law firm of Demerle Hoeger LLP, hereby certify that I have, on or before the 20th day of March, 2020 served on behalf of U.S. Bank Trust National Association, as Trustee of the Igloo Series IV Trust, as serviced by SN Servicing Corp., a <u>Notice of Mortgage Payment Change</u> and this <u>Certificate of Service</u> by causing copies hereof to be sent to all parties entitled to service per the Federal Rules of Bankruptcy Procedure by electronic mail via the Case Management / Electronic Case Files (ECF) system and by first-class U.S. mail (M) to all parties not appearing electronically.

| Paul Andrew Fitzpatrick <br> 82 Paradise Road <br> Swampscott, MA 01907 (M) | Vincenzo Pesce <br> Zanni & Pesce Law Offices <br> 235 Merrimack Street <br> Methuen, MA 01844 (ECF) |
|---|---|
| John Fitzgerald <br> Office of the US Trustee <br> J.W. McCormack Post Office & Courthouse <br> 5 Post Office Sq., 10th Fl, Suite 1000 <br> Boston, MA 02109 (ECF) | Carolyn Bankowski-13-12 <br> Chapter 13-12 Trustee Boston <br> P. O. Box 8250 <br> Boston, MA 02114 (ECF) |

                                          */s/ Derek A. Castello, Esq.*
                                          Derek A. Castello, Esq.